

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2022

No. 04-22-00018-CV

**IN THE INTEREST OF T.D. AND C.R., CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01440
Honorable Elma T. Salinas Ender, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was originally due to be filed on February 1, 2022. On January 31, 2022, appellant filed a motion requesting an extension of time to file her brief.

The disposition of this appeal is governed by the standards set forth in rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id.*

Appellant's motion is GRANTED. It is ORDERED that appellant's brief must be filed no later than February 22, 2022. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2022.

_____
Michael A. Cruz,
Clerk of Court